# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN MCGLOTHIN,<br><br>    Plaintiff,<br><br>    v.<br><br>K. HARRINGTON, et al.,<br><br>    Defendants.<br>_____ / | 1:10-cv-00247-AWI-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT FEE TO EFFECTUATE SERVICE BY U.S. MARSHAL WITHIN THIRTY DAYS<br><br>THIRTY DAY DEADLINE |

On February 16, 2010, Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 22, 2011, the Court ordered Plaintiff to effectuate service within forty-five days. Doc. 25. On September 7, 2011, Plaintiff requested to have the United States Marshal effectuate service. Doc. 26. On September 20, 2011, the Court granted Plaintiff's request and directed Plaintiff to submit the service documents. Doc. 27. However, since Plaintiff is not proceeding in forma pauperis, Plaintiff must submit a cashier's check or money order made payable to the United States Marshal in the amount of $32.00. On September 29, 2011, Plaintiff submitted the service documents and a check for $32.00. The Clerk of the Court returned the check to Plaintiff with a copy of the Court's order, which required Plaintiff to submit a cashier's check or money order.

To date, Plaintiff has failed to submit a cashier's check or money order made payable to the United States Marshal in the amount of $32.00. The Court will provide Plaintiff with one final opportunity to comply with the Court's order.

//

//

1    Accordingly, it is HEREBY ORDERED that within **thirty (30) days** of the date of service of this
2 order, Plaintiff shall submit a **cashier's check or money order** made payable to the United States
3 Marshal in the amount of $32.00 to effectuate service on the Defendants. **No requests for extension will**
4 **be granted without a showing of good cause**.

6    **PLAINTIFF IS HEREBY ON NOTICE THAT FAILURE TO COMPLY WITH THIS**
7 **ORDER WILL RESULT IN A RECOMMENDATION OF DISMISSAL OF THIS ACTION**
8 **TO THE DISTRICT JUDGE FOR FAILURE TO PROSECUTE.**

10 IT IS SO ORDERED.

11 Dated:    December 14, 2011
12                                                                                  UNITED STATES MAGISTRATE JUDGE