# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN MCGLOTHIN,<br><br>    Plaintiff,<br><br>    v.<br><br>K. HARRINGTON, et al.,<br><br>    Defendants.<br>_____/ | 1:10-cv-00247-AWI-GBC (PC)<br><br>ORDER AMENDING ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE TO BE WITH PREPAYMENT OF COSTS<br><br>Doc. 31 |

On February 16, 2010, Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2011, Plaintiff filed a second amended complaint. Doc. 13. On January 9, 2012, Plaintiff submitted a money order for $32.00 for service by the United States Marshal. On January 10, 2012, the Court directed service of Plaintiff's second amended complaint by the United States Marshal Service and forwarded Plaintiff's money order. Doc. 31. However, the order directing service was incorrectly captioned "without prepayment of costs." Therefore, the Court AMENDS the order directing service by the United States Marshals to be *with* prepayment of costs.

IT IS SO ORDERED.

Dated:    January 30, 2012

UNITED STATES MAGISTRATE JUDGE